# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  OREGON

In re: §
§
BEARD, JAMES K § Case No. 12-61206-TMR7
BEARD, SUNSHINE M. §
§
Debtor(s) §

## AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Candace Amborn, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 918,640.00
*(Without deducting any secured claims)*

Assets Exempt: 382,302.50

Total Distributions to Claimants:  17,929.35

Claims Discharged
Without Payment:  1,979,740.32

Total Expenses of Administration:  3,416.10

3) Total gross receipts of $ 21,345.45  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 21,345.45  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,155,038.00 | $ 340,000.00 | $ 340,000.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,416.10 | 3,416.10 | 3,416.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 104,000.00 | 0.00 | -18,238.49 | -309.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,398,041.17 | 547,812.99 | 547,812.99 | 18,238.49 |
| **TOTAL DISBURSEMENTS** | $ 4,657,079.17 | $ 891,229.09 | $ 872,990.60 | $ 21,345.45 |

4) This case was originally filed under chapter 7 on  03/27/2012 .  The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/18/2015                    By:/s/Candace Amborn, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH NOTE:  AMOUNTS STATED REPRESENT VALUES AS OF | 1129-000 | 982.00 |
| UMPQUA BANK CHECKING ACCOUNT BRANCH:  ROSEBURG, OR | 1129-000 | 2,020.75 |
| UMPQUA BANK CHECKING ACCOUNT BRANCH:  ROSEBUERG, O | 1129-000 | 1,301.00 |
| HOUSEHOLD GOODS | 1129-000 | 6,400.00 |
| BOOKS, PICTURES AND COLLECTIONS INCLUDES 20 BOTTLE | 1129-000 | 240.00 |
| MEN'S JEWELRY 2 WATCHES, BRACELET, RING, CUFFLINKS | 1129-000 | 560.00 |
| WOMAN'S JEWELRY WEDDING AND ENGAGEMENT RINGS, NECK | 1129-000 | 1,760.00 |
| FIREARMS AND SPORTS EQUIPMENT SEVEN RIFLES AND SEV | 1129-000 | 2,180.00 |
| 2010 MERCEDES GL320 VALUE STATED IN TRADE-IN VALUE | 1129-000 | 2,195.20 |
| 2005 KAWASAKI 250 MOTORBIKE | 1129-000 | 500.00 |
| 1996 17' BAYLINER BOAT | 1129-000 | 1,800.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNPAID WAGES APPROXIMATE AMOUNT $10,000 AFTER MAND | 1129-000 | 1,406.50 |
| **TOTAL GROSS RECEIPTS** | | **$21,345.45** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 515503 Los Angeles, CA 90051-6803 | | 250,000.00 | NA | NA | 0.00 |
| | Bank of America PO Box 515503 Los Angeles, CA 90051-6803 | | 21,120.00 | NA | NA | 0.00 |
| | Bank of America PO Box 515503 Los Angeles, CA 90051-6803 | | 146,000.00 | NA | NA | 0.00 |
| | GMAC Mortgage PO Box 780 Waterloo, IA 50704-0780 | | 172,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC PO Box 4622 Waterloo IA 50404 | | 0.00 | NA | NA | 0.00 |
| | GMAC PO Box 79135 Phoenix, AZ 85062 | | 668,900.00 | NA | NA | 0.00 |
| | GMAC PO Box 79135 Phoenix, AZ 85062 | | 250,900.00 | NA | NA | 0.00 |
| | GMAC PO Box 79135 Phoenix, AZ 85062 | | 180,000.00 | NA | NA | 0.00 |
| | GMAC PO Box 79135 Phoenix, AZ 85062 | | 153,000.00 | NA | NA | 0.00 |
| | Jackson County Tax Assessor PO Box 1569 Medford, OR 97501 | | 0.00 | NA | NA | 0.00 |
| | Key Bank PO Box 23698 Tigard OR 97281 | | 0.00 | NA | NA | 0.00 |
| | Key Bank PO Box 94968 Cleveland, OH 44101-4968 | | 231,000.00 | NA | NA | 0.00 |
| | Northwest Community CU 3701 W 11th St Eugene, OR 97402 | | 46,459.00 | NA | NA | 0.00 |
| | Northwest Community CU 3701 W 11th St Eugene, OR 97402 | | 35,059.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Trustee Services, Inc. PO Box 997 Bellevue, WA 98009-0997 | | 0.00 | NA | NA | 0.00 |
| 000004A | BANK OF THE CASCADES | 4110-000 | NA | 125,000.00 | 125,000.00 | 0.00 |
| 000006A | BANK OF THE CASCADES | 4110-000 | NA | 215,000.00 | 215,000.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,155,038.00 | $ 340,000.00 | $ 340,000.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMBORN, CANDACE | 2100-000 | NA | 2,884.55 | 2,884.55 | 2,884.55 |
| AMBORN, CANDACE | 2200-000 | NA | 14.50 | 14.50 | 14.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 44.72 | 44.72 | 44.72 |
| ASSOCIATED BANK | 2600-000 | NA | 472.33 | 472.33 | 472.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,416.10 | $ 3,416.10 | $ 3,416.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | INTERNAL REVENUE SERVICE | 5800-000 | 75,000.00 | 0.00 | 0.00 | 17,929.35 |
| 000003A | ODR BKCY | 5800-000 | 29,000.00 | 0.00 | 0.00 | 0.00 |
| | TREASURY, UNITED STATES | 5800-000 | NA | 0.00 | -18,238.49 | -18,238.49 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 104,000.00 | $ 0.00 | $ -18,238.49 | $ -309.14 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acquired Capital I, LP 4100 Greenbriar Dr., Ste 120 Stafford, TX 77477 | | 0.00 | NA | NA | 0.00 |
| | Aurora Loan Services 601 5th Ave. Scottsbluff, NE 69361 | | 450,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 450 American St Simi Valley, CA 93065 | | 193,200.00 | NA | NA | 0.00 |
| | Bank of America PO Box 515503 Los Angeles, CA 90051-6803 | | 0.00 | NA | NA | 0.00 |
| | Chach LLC C/o Square Two Financial 4340 S. Monaco, Second Floor Denver, CO 80237 | | 0.00 | NA | NA | 0.00 |
| | Charter Cable 926 S. Grape St. Medford, OR 97501 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington DE 19850 | | 12,505.00 | NA | NA | 0.00 |
| | Chase PO Box 94014 Palatine, IL 60094-4019 | | 0.00 | NA | NA | 0.00 |
| | ELAN Financial 777 E Wisconsin Ave Milwaukee WI 53202 | | 27,000.00 | NA | NA | 0.00 |
| | ELAN Financial PO Box 108 St. Louis, MO 63166-9801 | | 0.00 | NA | NA | 0.00 |
| | FIA PO Box 301200 Los Angeles, CA 90030-1200 | | 47,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Capital Retail Bank Client Services, Inc. 3451 Harry S Truman Blvd St. Charles, MO 63301-4047 | | 0.00 | NA | NA | 0.00 |
| | GEMB/GE Money PO Box 103065 Roswell GA 30076 | | 9,193.00 | NA | NA | 0.00 |
| | GMAC Mortgage PO Box 5097 San Ramon, CA 94583 | | 0.00 | NA | NA | 0.00 |
| | GMAC PO Box 79135 Phoenix, AZ 85062 | | 129,921.00 | NA | NA | 0.00 |
| | Helene Duidone 3087 Tanitian Ave Medford, OR 97504 | | 0.00 | NA | NA | 0.00 |
| | ITEX 3326 16th Ave., Suite 100 Bellevue, WA 98008-6418 | | 19,167.61 | NA | NA | 0.00 |
| | Key Bank PO Box 94932 Cleveland, OH 44101-4932 | | 0.00 | NA | NA | 0.00 |
| | Len R. Merryman 468 Sterling Pt Ct Medford, OR 97504 | | 205,000.00 | NA | NA | 0.00 |
| | Loan Care Acct Services PO Box 8097 Virginia Beach, VA 23450-8097 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Matthew Sutton 205 Crater Lake Ave Medford, OR 97504 | | 0.00 | NA | NA | 0.00 |
| | Michael E. Knapp, PC 2355 State St Salem, OR 97301 | | 0.00 | NA | NA | 0.00 |
| | Rogue Valley Medical Center 2825 East Barnett Road Medford, Oregon 97504 | | 108.56 | NA | NA | 0.00 |
| | Southern Oregon Credit Service, Inc. PO Box 4070 201 W 6th Medford, OR 97501 | | 0.00 | NA | NA | 0.00 |
| | Sprint 6391 Sprint Parkway Overland, KS 66251-4300 | | 0.00 | NA | NA | 0.00 |
| | Sterling Savings Bank PO Box 19246 Spokane, WA 99219 | | 130,000.00 | NA | NA | 0.00 |
| | Sterling Savings Bank PO Box 19246 Spokane, WA 99219 | | 0.00 | NA | NA | 0.00 |
| | Sun Valley Animal Hospital Def Ben Plan 877 Left Fork Humburg Creek Rd Jacksonville, OR 97530 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Core Training, Inc. 18635 Old Statesville Rd Cornelius, NC 28031 | | 0.00 | NA | NA | 0.00 |
| | US Bank PO Box 790401 St. Louis, MO 63179-0401 | | 0.00 | NA | NA | 0.00 |
| | US Bank PO Box 790401 St. Louis, MO 63179-0401 | | 245,000.00 | NA | NA | 0.00 |
| | William Yohler and Anna Yohler, Trustees Yohler Living Trust Dated April 23, 2009 877 Left Fork Humburg Creek Rd Jacksonville, OR 97530 | | 0.00 | NA | NA | 0.00 |
| 000011 | AMERICAN EXPRESS BANK FSB | 7100-000 | 10,500.00 | 9,994.49 | 9,994.49 | 340.11 |
| 000004B | BANK OF THE CASCADES | 7100-000 | 447,000.00 | 85,901.20 | 85,901.20 | 2,923.20 |
| 000005 | BANK OF THE CASCADES | 7100-000 | 250,000.00 | 239,635.05 | 239,635.05 | 8,154.71 |
| 000006B | BANK OF THE CASCADES | 7100-000 | NA | 9,073.08 | 9,073.08 | 308.75 |
| 000001 | DISCOVER BANK | 7100-000 | 17,000.00 | 17,026.44 | 17,026.44 | 579.40 |
| 000010 | ELAN FINANCIAL SERVICES | 7100-000 | 14,300.00 | 14,313.94 | 14,313.94 | 487.10 |
| 000012 | FIA CARD SERVICES, N.A. | 7100-000 | 45,800.00 | 45,852.17 | 45,852.17 | 1,560.34 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | KEYBANK N.A. | 7100-000 | 125,290.00 | 95,490.16 | 95,490.16 | 3,249.50 |
| 000007 | MIDLAND FUNDING LLC | 7100-000 | 7,100.00 | 7,051.72 | 7,051.72 | 239.97 |
| 000008 | MIDLAND FUNDING LLC | 7100-000 | 9,100.00 | 9,193.88 | 9,193.88 | 312.87 |
| 000014 | SOUTHERN OR CREDIT SVC INC | 7100-000 | 2,400.00 | 2,275.97 | 2,275.97 | 77.45 |
| 000013 | VERIZON WIRELESS | 7100-000 | 456.00 | 149.65 | 149.65 | 5.09 |
| 000015 | ATLAS ACQUISITIONS LLC | 7200-000 | NA | 11,855.24 | 11,855.24 | 0.00 |
| 000003B | BKCY, ODR | 7300-000 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 2,398,041.17** | **$ 547,812.99** | **$ 547,812.99** | **$ 18,238.49** |

Case 12-61206-tmr7    Doc 119    Filed 09/08/15

| Case No: | 12-61206 | TMR | Judge: Thomas M. Renn | Trustee Name: | Candace Amborn, Trustee |
|---|---|---|---|---|---|

Case Name:    BEARD, JAMES K
     BEARD, SUNSHINE M.

For Period Ending: 08/18/15

Date Filed (f) or Converted (c):    03/27/12 (f)
341(a) Meeting Date:    04/23/12
Claims Bar Date:    07/24/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4501 CLOUDCREST - RESIDENCE 4501 CLOUDCREST DR MED<br> TV=RMV<br> Noticed 5/7/12 | 325,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 210 1/2 S COLUMBUS - DUPLEX RENTAL 210 1/2 S COLUM<br> TV=RMV<br> Noticed 5/7/12 | 95,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 1627 HIGHCREST - SINGLE FAMILY RESIDENCE RENTAL 16<br> TV=RMV<br> Noticed 5/7/12 | 295,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 416 LAUREL - SINGLE FAMILY RESIDENCE RENTAL 416 LA<br> TV=RMV<br> Noticed 5/7/12 | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 335/335 1/2 2ND - DUPLEX 335/335 1/2 2ND MEDFORD,<br> TV=RMV<br> Noticed 5/7/12 | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 6. 212 ELM ST - SINGLE FAMILY RESIDENTIAL RENTAL 212<br> TV=RMV<br> Noticed 5/7/12 | 47,000.00 | 0.00 | OA | 0.00 | FA |
| 7. CASH NOTE:  AMOUNTS STATED REPRESENT VALUES AS OF<br> (o) | 1,782.00 | 982.00 | | 982.00 | FA |
| 8. UMPQUA BANK CHECKING ACCOUNT BRANCH:  ROSEBURG, OR<br> n/e funds | 1,650.00 | 2,020.75 | | 2,020.75 | FA |
| 9. KEY BANK CHECKING ACCOUNT PO BOX 22114 ALBANY, NY<br> D/or atty states that account is owned by Trin Corp. and not the debtors.<br> Second, the account number does not end in "5210" but ends with<br> "8473". Trin Corp is listed as a Corporation with the sec of state. | 100.00 | 0.00 | | 0.00 | FA |

Case No:   12-61206   TMR   Judge: Thomas M. Renn

Case Name:   BEARD, JAMES K
BEARD, SUNSHINE M.

Trustee Name:   Candace Amborn, Trustee
Date Filed (f) or Converted (c):   03/27/12 (f)
341(a) Meeting Date:   04/23/12
Claims Bar Date:   07/24/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. UMPQUA BANK CHECKING ACCOUNT BRANCH:  ROSEBUERG, O | 1,253.00 | 1,301.00 | | 1,301.00 | FA |
| 11. HOUSEHOLD GOODS | 11,000.00 | 6,400.00 | | 6,400.00 | FA |
| Auctioneer to get valuation. Values at $11,900 | | | | | |
| Noticed 1/7/13 | | | | | |
| 12. BOOKS, PICTURES AND COLLECTIONS INCLUDES 20 BOTTLE | 1,500.00 | 240.00 | | 240.00 | FA |
| Auctioneer to get valuation. Values at $1,500 for wine, books, pictures. | | | | | |
| Noticed 1/7/13 | | | | | |
| 13. MEN'S CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. WOMAN'S CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. MEN'S JEWELRY 2 WATCHES, BRACELET, RING, CUFFLINKS | 1,500.00 | 560.00 | | 560.00 | FA |
| Auctioneer to get valuation. Values at $1500 for men's | | | | | |
| Noticed 1/7/13 | | | | | |
| 16. WOMAN'S JEWELRY WEDDING AND ENGAGEMENT RINGS, NECK | 3,000.00 | 1,760.00 | | 1,760.00 | FA |
| Auctioneer to get valuation.  Values at $3,800 for women's. | | | | | |
| Noticed 1/7/13 | | | | | |
| 17. FIREARMS AND SPORTS EQUIPMENT SEVEN RIFLES AND SEV | 4,175.00 | 2,180.00 | | 2,180.00 | FA |
| Auctioneer to get valuation. Values at $5,000 | | | | | |
| 5/7/12 Obj to Claimed exemption to the extent that it exceeds $2000. | | | | | |
| Noticed 1/7/13 | | | | | |
| 18. $1,000,000 TERM LIFE INSURACE POLIGY POLICY NO. EN | 0.00 | 0.00 | | 0.00 | FA |
| 19. RETIREMENT ACCOUNT 1 TRIN CORPORATION CUSTODIAN: | 300,000.00 | 0.00 | | 0.00 | FA |
| 20. RETIREMENT ACCOUNT 2 SOUTH PACIFIC FINANCIAL ACCT | 6,583.00 | 0.00 | | 0.00 | FA |
| 21. S & J PROPERTIES, LLC DEBTORS OWN 100% OF MEMBERSH | 0.00 | 0.00 | | 0.00 | FA |
| 22. TRIN CORPORATION HUSBAND OWNS 99% OF STOCK; REAL P | 0.00 | 0.00 | | 0.00 | FA |
| 23. RUNNING SALMON RV PARK, LLC DEBTOR AND SPOUSE ARE | 0.00 | 0.00 | | 0.00 | FA |

| Case No: | 12-61206 | TMR | Judge: Thomas M. Renn |
|---|---|---|---|
| Case Name: | BEARD, JAMES K | | |
| | BEARD, SUNSHINE M. | | |

| Trustee Name: | Candace Amborn, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 03/27/12 (f) |
| 341(a) Meeting Date: | 04/23/12 |
| Claims Bar Date: | 07/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| NO EQUITY, THEY WRAPPED THE LOAN AND $0 IS OWED BEYOND UNDERLYING DEBT TO STERLING | | | | | |
| 24. RIVERS EDGE, LLC DEBTOR AND SPOUSE ARE MEMBERS. EN Zillow value is $272k.; wrap deal; Sold for $250k in 1/11. | 0.00 | 0.00 | | 0.00 | FA |
| 25. PASS IT ON FOUNDATION NONPROFIT PUBLIC BENEFIT COR GIVES TO CHARITY THROUGH THIS NONPROFIT THEY CREATED SO IT COULD BE TAX DEDUCTIBLE | 0.00 | 0.00 | | 0.00 | FA |
| 26. INDEMNITY RIGHTS - YOHLER LIVING TRUST WILLIAM AND | Unknown | 0.00 | | 0.00 | FA |
| 27. INDEMNITY RIGHTS - FAMILY NUTRITION GROUP FAMILY N WRAP, SOLD TO SISTER, MEG BEARD, FOR UNDERLYING LOAN (ABOUT $200K OWED) Funds received a spent prepetition | Unknown | 0.00 | | 0.00 | FA |
| 28. 2010 CHEVROLET SILVERADO 1500 CREW CAB VALUE STATE Auctioneer to get valuation. Values at $34k. | 34,040.00 | 0.00 | | 0.00 | FA |
| 29. 2010 MERCEDES GL320 VALUE STATED IN TRADE-IN VALUE Auctioneer to get valuation. Values at $55k Noticed 1/7/13 | 55,203.00 | 2,195.20 | | 2,195.20 | FA |
| 30. 2005 KAWASAKI 250 MOTORBIKE Auctioneer to get valuation. Values at $650 Noticed 1/7/13 | 500.00 | 500.00 | | 500.00 | FA |
| 31. 1996 17' BAYLINER BOAT Auctioneer to get valuation. Values at $2200 Noticed 1/7/13 | 1,500.00 | 1,800.00 | | 1,800.00 | FA |
| 32. OFFICE EQUIPMENT 2 DESKS, FILE CABINETS, 2 COMPUTE | 2,500.00 | 0.00 | | 0.00 | FA |
| 33. TWO PERSIAN CATS | 200.00 | 0.00 | | 0.00 | FA |
| 34. UNPAID WAGES APPROXIMATE AMOUNT $10,000 AFTER MAND | Unknown | 1,416.50 | | 1,406.50 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        12-61206      TMR    Judge: Thomas M. Renn

Case Name:     BEARD, JAMES K

                      BEARD, SUNSHINE M.

Trustee Name:              Candace Amborn, Trustee
Date Filed (f) or Converted (c):   03/27/12 (f)
341(a) Meeting Date:        04/23/12
Claims Bar Date:            07/24/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| H only. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,365,486.00 | $21,355.45 | | $21,345.45 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

File amnd TDR when cks clr.  3/12/15 Funds returned by creditor-claim fully paid,  do supplemental dist.

Initial Projected Date of Final Report (TFR): 05/13/13        Current Projected Date of Final Report (TFR): 05/25/14

| Case No: | 12-61206 -TMR |
|---|---|
| Case Name: | BEARD, JAMES K |
| | BEARD, SUNSHINE M. |
| Taxpayer ID No: | *******8534 |
| For Period Ending: | 08/18/15 |

| Trustee Name: | Candace Amborn, Trustee |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5538  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 90,360,079.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/21/13 | * NOTE * | JAMES K BEARD CASHIERS CHECK 4501 CLOUDCREST DR. MEDFORD, OR  97504 | N/E FUNDS DUE (12 ASSETS) * NOTE *  Properties 7, 8, 10, 11, 12, 15, 16, 17, 29, 30, 31, 34 | 1129-000 | 21,345.45 | | 21,345.45 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 21,335.45 |
| 03/21/13 | 010000 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70129 | BOND PMT #016027975 | 2300-000 | | 21.85 | 21,313.60 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.71 | 21,281.89 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.62 | 21,251.27 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.59 | 21,219.68 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.53 | 21,189.15 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.50 | 21,157.65 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.46 | 21,126.19 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.40 | 21,095.79 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.36 | 21,064.43 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.31 | 21,034.12 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.27 | 21,002.85 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.23 | 20,971.62 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.16 | 20,943.46 |
| 03/10/14 | 010001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | BOND #016027975 4/4/14-4/4/15 | 2300-000 | | 22.87 | 20,920.59 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.12 | 20,889.47 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.06 | 20,859.41 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.01 | 20,828.40 |

Page Subtotals: 21,345.45 | 517.05

Ver: 18.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-61206 -TMR |
| Case Name: | BEARD, JAMES K |
| | BEARD, SUNSHINE M. |
| Taxpayer ID No: | *******8534 |
| For Period Ending: | 08/18/15 |

| | |
|---|---|
| Trustee Name: | Candace Amborn, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5538 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 90,360,079.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/14 | 010002 | CANDACE AMBORN<br>PO BOX 580<br>MEDFORD, OR 97501-0214 | Chapter 7 Compensation/Expense | | | 2,899.05 | 17,929.35 |
| | | | Fees 2,884.55 | 2100-000 | | | |
| | | | Expenses 14.50 | 2200-000 | | | |
| 08/04/14 | 010003 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Claim 000009, Payment 55.37852%<br>2011 INCOME TAX - ASSESSED | 5800-000 | | 17,929.35 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 21,345.45 | 21,345.45 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 21,345.45 | 21,345.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,345.45 | 21,345.45 | |

Page Subtotals       0.00       20,828.40

Ver: 18.05

Case No: 12-61206 -TMR
Case Name: BEARD, JAMES K
BEARD, SUNSHINE M.
Taxpayer ID No: *******8534
For Period Ending: 08/18/15

Trustee Name: Candace Amborn, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******4283 GENERAL CHECKING

Blanket Bond (per case limit): $ 90,360,079.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/15 | | UNITED STATES TREASURY | refund of funds distributed to IRS | 5800-000 | 18,238.49 | | 18,238.49 |
| 04/01/15 | 010000 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 3.40294% CC DEBT #5381 | 7100-000 | | 579.40 | 17,659.09 |
| 04/01/15 | 010001 | KEYBANK N.A. PO BOX 94968 CLEVELAND OH 44101 | Claim 000002, Payment 3.40297% Money Loaned xx4325 | 7100-000 | | 3,249.50 | 14,409.59 |
| 04/01/15 | 010002 | BANK OF THE CASCADES 1070 NW BOND ST SUITE 202 BEND, OR 97701 | Claim 000004B, Payment 3.40298% 676 SECOND AVE; ACCT #0570 | 7100-000 | | 2,923.20 | 11,486.39 |
| 04/01/15 | 010003 | BANK OF THE CASCADES ATTN: DANETTE COLOVOS 1070 NW BOND ST SUITE 202 BEND, OR 97701 | Claim 000005, Payment 3.40297% Money loaned XX0406 | 7100-000 | | 8,154.71 | 3,331.68 |
| 04/01/15 | 010004 | BANK OF THE CASCADES ATTN: DANETTE COLOVOS 1070 NW BOND ST SUITE 202 BEND, OR 97701 | Claim 000006B, Payment 3.40292% 43-45 GARDEN ROW ACCT #1910 | 7100-000 | | 308.75 | 3,022.93 |
| 04/01/15 | 010005 | GE CAPITAL RETAIL BANK C/O RECOVERY MGMT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131-1605 | Claim 000007, Payment 3.40300% xx6508 LOWES CONSUMER OR GEMB | 7100-000 | | 239.97 | 2,782.96 |
| 04/01/15 | 010006 | GE CAPITAL RETAIL BANK C/O RECOVERY MGMT SYSTEMS CORP 25 SE 2ND AVE, SUITE 1120 MIAMI, FL 33131-1605 | Claim 000008, Payment 3.40302% (8-1) LOWE'S PROJECT CARD OR GEMB XX3905 | 7100-000 | | 312.87 | 2,470.09 |
| 04/01/15 | 010007 | ELAN FINANCIAL SERVICES AS SERVICER FOR KEYBANK NA CONV NON | Claim 000010, Payment 3.40298% XX-6456 money loaned | 7100-000 | | 487.10 | 1,982.99 |

Page Subtotals 18,238.49 16,255.50

Case No:         12-61206 -TMR
Case Name:       BEARD, JAMES K
                 BEARD, SUNSHINE M.
Taxpayer ID No:  *******8534
For Period Ending: 08/18/15

Trustee Name:              Candace Amborn, Trustee
Bank Name:                 ASSOCIATED BANK
Account Number / CD #:     *******4283  GENERAL CHECKING

Blanket Bond (per case limit):  $ 90,360,079.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | | | | | |
| | 04/01/15 | 010008 | AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | Claim 000011, Payment 3.40298% CC DEBT #2001 | 7100-000 | | 340.11 | 1,642.88 |
| | 04/01/15 | 010009 | FIA CARD SERVICES, N.A. AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A. AND MBNA AMERICA BANK, N.A. PO BOX 15102 WILMINGTON, DE 19886-5102 | Claim 000012, Payment 3.40298% CC DEBT #1314; XX6790 | 7100-000 | | 1,560.34 | 82.54 |
| | 04/01/15 | 010010 | VERIZON WIRELESS PO BOX 3397 BLOOMINGTON, IL 61702 | Claim 000013, Payment 3.40127% Services performed XX5465 | 7100-000 | | 5.09 | 77.45 |
| * | 04/01/15 | 010011 | Southern Oregon Credit Svc Inc POB 4070 Medford OR 97501 | Claim 000014, Payment 3.40294% XX1635  Services | 7100-003 | | 77.45 | 0.00 |
| * | 07/23/15 | 010011 | Southern Oregon Credit Svc Inc POB 4070 Medford OR 97501 | Claim 000014, Payment 3.40294% | 7100-003 | | -77.45 | 77.45 |
| | 07/23/15 | 010012 | Southern Oregon Credit Svc Inc POB 4070 Medford OR 97501 | Claim 000014, Payment 3.40294% XX1635  Services | 7100-000 | | 77.45 | 0.00 |

Page Subtotals          0.00          1,982.99

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

Case 12-61206-tmr7    Doc 119    Filed 09/08/15

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:    12-61206 -TMR
Case Name:    BEARD, JAMES K
    BEARD, SUNSHINE M.
Taxpayer ID No:  *******8534
For Period Ending:  08/18/15

Trustee Name:    Candace Amborn, Trustee
Bank Name:    ASSOCIATED BANK
Account Number / CD #:  *******4283  GENERAL CHECKING

Blanket Bond (per case limit):  $ 90,360,079.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,238.49 | 18,238.49 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 18,238.49 | 18,238.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,238.49 | 18,238.49 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******5538 | 21,345.45 | 21,345.45 | 0.00 |
| GENERAL CHECKING - ********4283 | 18,238.49 | 18,238.49 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 39,583.94 | 39,583.94 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.05